```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Marisha CLINTON,                    :

            Plaintiff,              :       ORDER

       -against-                    :   10 Civ. 3286 (JSR)(MHD)

Oppenheimer & Co. Inc.,             :

            Defendant.              :

------------------------------------x
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 10/1/10*

It is hereby **ORDERED** that a conference has been scheduled in the above-captioned action on **THURSDAY, OCTOBER 14, 2010, at 2:00 P.M.**, at which time you are directed to appear in Courtroom 26B, 500 Pearl Street, New York, New York 10007-1312. Please note that this is not Judge Dolinger's normal courtroom. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Dated: New York, New York
       October 1, 2010

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

By facsimile:

Barry S. Gold, Esq.
Fax: (212) 825-9828

By mail:

Marisha Clinton
375 Lincoln Plaza
#1D
Brooklyn, NY 11238

2