UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MARISHA CLINTON,                    :

            Plaintiff,              :

      -v-                           :          10 Civ. 3286 (JSR)

OPPENHEIMER & CO. INC.,             :          ORDER

            Defendant.              :
------------------------------------x

JED S. RAKOFF, U.S.D.J.

        On March 14, 2011, the Honorable Michael H. Dolinger, United

States Magistrate Judge, issued a Report and Recommendation

("Report") in the above-captioned matter recommending that the Court

grant the motion of defendant Oppenheimer & Co., Inc. ("Oppenheimer")

to compel arbitration of plaintiff's claims for employment

discrimination, and deny the motion of plaintiff Marisha Clinton for

default judgment.  On March 31, 2011, Clinton filed objections to the

Report.  Accordingly, the Court reviewed the Report, Clinton's

objections thereto, and the underlying record de novo.  Having done

so, the Court finds itself in complete agreement with the well-

reasoned Report, which the Court hereby adopts by reference.  Thus,

for the reasons stated in the Report, the Court (a) grants

Oppenheimer's motion, and thereby directs that this action is stayed,

pending the parties' arbitration of Clinton's claims, and (b) denies

Clinton's motion.

        SO ORDERED.

        Dated: New York, NY
               April 14, 2011        JED S. RAKOFF, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-19-11